In the Matter of the Application of JAMES J. WELDON and Others, Appellants, against ALFRED RHEINSTEIN, as Commissioner of The Department of Housing and Buildings, and Others, Respondents.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., concurs in affirmance on the ground that the proceeding was not instituted within the period of time prescribed by section 1286 of the Civil Practice Act; Martin, P. J., dissents.

In the Matter of the Application of EDWARD COPELAND, Petitioner, Respondent, to Fix His Liens for Services Rendered to NATHANIEL J. HESS, ELAINE HESS, ENJAY HOLDING CO., INC., and ELOESS HOLDING CORP., Respondents. MICHAEL HALPERIN, as Trustee in Bankruptcy for Enjay Holding Co., Inc., Appellant.— Order unanimously modified by referring the matter to an official referee, to hear and report to Special Term in respect to the fair and reasonable value of the services rendered by the petitioner-respondent to the Enjay Holding Co., Inc., and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator, etc., of GEORGE BARTON, Also Known as GEORGE W. BARON and GEORGE W. BARTON, Deceased. ANDREW MCCARTY, Claimant, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator, etc., of GEORGE BARTON, Deceased, and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JEAN B. TOMPKINS, on Behalf of Herself and Other Stockholders of the 1165 FIFTH AVENUE CORPORATION, Respondent, v. HUGH E. HALE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Martin, P. J., dissents. [172 Misc. 1071.]

MORRIS LEVINE, Respondent, v. REAL KOSHER SAUSAGE CO., INC., ELJA HILL, Appellants, Impleaded with Another, Defendant.— The verdict of the jury that appellants acted without probable cause in causing plaintiff's arrest is contrary to the weight of the credible evidence. Judgment reversed and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote to affirm.

ROCCO VITO, Appellant, v. VERONICA HOWE VITO, Also Known as VERA HOWE VITO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and direct judgment for the plaintiff on the ground that there was no condonation as a matter of law.